# Exhibit A



119 NAYLON AVE., LIVINGSTON, NEW JERSEY 07039

SALES
TEL.: (973) 597-1414
FAX: (973) 992-4713

PARTS & SERVICE
TEL.: (973) 994-4888
FAX: (973) 992-4497

December 14, 2017

Mr. Georges Louis
3M Cynthiana
1308 New Lair Road
Cynthiana, KY  41031

Dear Georges:

Thank you for the opportunity to present to you the following Revised Budgetary CAM Quotation No. 4012(g)/17/BO/dra for one CAM Model RT Overwrapper and SMA80 Casepacker.  The attached revised quotation is based upon 3M Specification No. B380 (Rev. A / 3/28/16) and the addition of the proposed new formats listed on your e-mail dated 8/16/16.

After further review of the project and evaluation of the samples received by the factory, CAM has the following comments:

•	Of the 5 samples provided to Italy, the transversal seal was not consistent on all samples.  Some were on the bottom of the package, some had it on the side.  The transversal seal must be the same for all formats.  This needs to be defined in the order.

•	We will be able to handle all of the proposed new formats with the exception of Format 5 and 6.  We cannot handle those two due to the second row of pads that needs to be placed side-by-side of the first one.  Also, Format 6 has a very high "b" dimension.

•	In order to run these two formats, significant modifications would need to be done to the feeder.  The new modifications would require a complete new technical review for a new feeding system design.  The feeding system could be very different from your current design and layout.

•	The height of the SMA80 can be raised to 1023 mm.  This will be accomplished by fabricating blocks that will fit under the standard feet of the SMA80.

•	As per the electrical components listed in Section 5.2.2 of the Motors Section within the URS, after evaluation, CAM will only supply the standard drive motors for the RT and SMA80.  The factory is concerned about reliability and performance.  If 3M wishes to change the motors out once the machines are installed, CAM will not be held responsible for any performance issues.

•        Chapter 7 Section 7.1 Supplier shall submit a copy of the following drawings and information prior to starting any fabrication.
   1. All main assemblies and major sub-assemblies
   2. All mounting information, including dimensions and weights and equipment footprint
   3. 3M will return one copy with a transmittal letter indicating the approved status.

CAM will only provide a layout drawing of the RT and SMA80 and accept approval of the layout. CAM will not release drawings of the assemblies and mounting information as they are made to CAM's standards and cannot be modified.

•        Payment Terms.
   30% Down payment with Purchase Order and Order Acknowledgment
   30% After approval of Engineering drawing (Only Layout drawing will be supplied)
   30% After proof of shipment
   10% After site acceptance test not to exceed 30 days from delivery of equipment to 3M Cynthiana

This quotation is strictly budgetary until all samples are evaluated and confirmed. CAM Italy will advise final approval of all specifications and terms and conditions. Should you have any questions or comments regarding this quotation, please feel free to contact me at (973) 597-1414.


Sincerely,



Brian Oliver
Sales Manager
Campak, Inc.


BO/dra
Enclosures


Via E-mail:    gmlouis@mmm.com
               jrwilliams@mmm.com

## PROJECT SCOPE

EXPLANATION OF PACKAGING APPLICATION

Post-it pads will arrive to infeed conveyor of the collation unit via a single lane, pre-stacked in collations of 3. Stacks of 4 pads will travel to the feeding conveyor and be transferred 90 degrees onto the infeed conveyor by means of a barrel feeder with raked fingers onto the infeed of the RT.

Pads collated into groups of 12 (3 rows, 4 high) will be elevated and have the pre-printed film wrapped around them and sealed along the lateral edge.  Once lateral edge is sealed, the pack will move through the machine having both sides folded and sealed on the ends by means of heated belts.  Completed packs will exit the machine and transfer onto a curved conveyor to feed the down-stream SMA80 Semi-Automatic Casepacker.  Once a backlog of 6 packs is accumulated an elevator plate will raise the row and stage it, awaiting more product.

The machine will automatically stack 6 levels of product in rows of 6 for a total count of 36 packs.  An operator will manually erect a case and place it onto the gantry arms of the Casepacker.  Using a foot pedal to operate and engage the cycle of the machine the case will be lifted 90 degrees onto the mouth piece of the machine.  A pusher arm will push all 36 products into the case.  Once inserted, the case will be lowered and rotated 90 degrees back down onto the exit conveyor and roll into a staging area for operators to remove the completed case.

Line speed of 72 packs per minute as per 3M specifications.

**Product**

| N. | COMPOSITION | | | pad/WRAPPING | pad DIMENSION [mm] | | Pack dimension [mm] AxBxC | | |
|---|---|---|---|---|---|---|---|---|---|
| Original format | 1 | 4 | 3 | 12 | 50.8 | 38.1 | 50.8 | 40.1 | 114.3 |
| **Additional formats (17.08.2016)** | | | | | | | | | |
| 1 | 1 | 4 | 2 | 8 | 50.8 | 50.8 | 50.8 | 40.1 | 101.6 |
| 2 | 1 | 5 | 2 | 10 | 50.8 | 50.8 | 50.8 | 48.7 | 101.6 |
| 3 | 1 | 6 | 2 | 12 | 50.8 | 50.8 | 50.8 | 58.4 | 101.6 |
| 4 | 1 | 6 | 3 | 18 | 50.8 | 38.1 | 50.8 | 60.2 | 114.3 |



| Post it notes | A | B | C |
|---|---|---|---|
| Size | 50,4 | 40 | 114,3 |

**Cases**



| Case | D | E | F | N°.Product x Case |
|---|---|---|---|---|
| Size 1 | 317,5 | 244,5 | 117,5 | 36 |

SAMPLES/MATERIALS REQUIRED (Forming material, cartons, wrapping material, lidding foil, etc.)

5,000  Individual Post-it pads

1 - 2  Rolls of pre-printed film

1,000 – 1,500 cases

| | | |
|---|---|---|
| 711020 | **Automatic Overwrapper Model "RT"** suitable to wrap test pack by paper complete with: | $129,600. |

- One set of change parts for product measuring  124 x 30 x 124 mm
- Product separating and lifting device
- Counter-lifter to ensure perfect wrap of product during lifting phase
- Paper un-winding device with intermittent motion
- Device to guide paper under knives to prevent curling
- Independently driven out-feed belts
- End of reel control with machine stop monitored on display
- Correct product positioning control prior to lifting
- Paper presence control in lifting station
- Second reel holder shaft
- Plexiglas safety guards with micro-switches
- Three-phase self-braking motor drive with continuous speed variation by means of INVERTER
- Torque limiter against mechanical overload
- Electrical power supply: Voltage and frequency complying with customers' requirements (to be stated in order specifications). (Standard power supply: 3 x 480 Volt, 60 Hz. + E)
- Remote control jog button
- Instruction manual
- Tool kit
- Colour:  Panels, frame and electrical cabinet painted in metallic grey LECHLER 06-269 METALINOX
- Product size range:

|   |   | Min. | Max. |
|---|---|---|---|
| A | = | 40 | 160 mm. |
| B | = | 15 | 85 mm. |
| C | = | 60 | 260 mm. |

- Reel size range:

|   |   | Min. | Max. |
|---|---|---|---|
| D | = |    | 250 mm. |
| E | = | 70 | 76 mm. |
| F | = | 120 | 500 mm. |
| G | = | 85 | 302 mm. |

- Maximum mechanical speed: 100 strokes/minute
- Maximum production speed  :   72 wraps/minute

| | | |
|---|---|---|
| xxxxxx | 90 Degree conveyor for the feeding of stacks of 4 pads.  Device with upper rake to collate 3 stacks.  Toothed belt with continuous motion for feeding product.  Adjustable so as to be able to handle Formats 1 through 5 listed in the format table | 162,000. |
| 713010 | Additional complete set of change parts (Qty. 3 @ $8,640. Each) | 25,920. |
| 713020 | Additional partial set of change parts | 2,430. |
| xxxxxx | Allen Bradley Control Logix PLC complete with: | 21,000. |

|        |                                                                                                                                                                                                                                    |          |
|--------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|        | • Documentation<br>• Programming                                                                                                                                                                                                   |          |
| xxxxxx | Allen Bradley 10" Panel View display to control display all information for RT and SMA80 complete with:<br>• Documentation<br>• Programming                                                                                         | 7,440.   |
| xxxxxx | Installation of Allen Bradley Control Logix PLC with modification to have SMA80 controlled by the PLC of the RT.                                                                                                                   | 14,400.  |
| xxxxxx | Pre-arrangement and fitting of operator panel                                                                                                                                                                                      | 4,860.   |
| xxxxxx | Idle motion unit to stop wrapping film cutting when the product is missing                                                                                                                                                         | 5,400.   |
| 714010 | Print centering device complete with control photocell                                                                                                                                                                             | 11,610.  |
| xxxxxx | Electrical schematic modifications as per 3M provided drawing                                                                                                                                                                      | 12,000.  |
| xxxxxx | Additional cost for electrical specifications as per 3M URS (Chapter 5) – Allen Bradley PLC and HMI excluded                                                                                                                        | 24,600.  |
| xxxxxx | Film splice detection photocell                                                                                                                                                                                                    | 5,400.   |
| xxxxxx | Supply, design and wiring of electrical panels and of the plant on board. All power-on-board power cables will be of the "UL Listed" type (MTW) conforming to NFPA79. All paintings made according to UL508-A                        | 17,400.  |
| xxxxxx | Certification of compliance to UL 508A  TUV                                                                                                                                                                                        | 7,800.   |
| xxxxxx | Additional complete set of change parts                                                                                                                                                                                            | 5,400.   |
| xxxxxx | Set up and synchronize RT and SMA80 as per 3M drawing                                                                                                                                                                              | 5,400.   |
| xxxxxx | Additional cost to connect RT and SMA80 not directly as per customer layout received (Approx. 6 meters of conveyor between machines, conveyor to be supplied by customer)                                                           | 3,600.   |
| 716010 | Packing in case – Ex-works includes additional cost for covering in heat-sealable material (canvas + aluminum + polyethylene).  Note:  To always be considered for transportation via sea-freight                                  | 4,535.   |

**TOTAL COST FOR ABOVE:**                                                                                                                   **$470,795.**
**Excluding shipping, importation and taxes  (Where applicable)**

**SHIPPING IMPORTATION:**

**Should you decide to place an order with CAM, and prefer us to act as importer of record on your behalf, we charge 7% of the total amount for importation, duty, handling and delivery to U.S. factory.**

| | | |
|---|---|---|
| 501010 | **Semi-Automatic Case Packer Model "SMA80"** suitable to collate products and introduce them into manually erected shipping cases, complete with: | $54,000. |

- One set of change parts
- Infeed connection chute
- Independently driven infeed belt with maximum load control and upstream machine stoppage
- Product stacking and collation device
- System to collate products inside the mouthpiece with successive introduction into case
- Mobile arm to support case during loading phase
- Device to detect the introduction of the mouthpiece into the case
- Sloping idle roller assembly to receive and discharge cases
- Metacrylic (Plexiglas) safety guards with micro-switches
- Torque limiter against mechanical overload
- Electrical power supply: Voltage and frequency complying with customers' requirements (to be stated in order specification). (Standard power supply: 3 x 480 Volt, 60 Hz. + E)
- Remote control jog-button
- Instruction manual
- Tool kit
- Finish:  Panels, frame and electrical cabinet painted in metallic grey Lechler 06-269 Metalinox
- Size range:  Product dimensions     min.     max.
  - A  =   20     555 mm.
  - B  =   12     70 mm.
  - C  =   50     340 mm.
- Internal case dimensions          min.     max.
  - d  =  185     560 mm.
  - e  =  110     395 mm.
  - f  =   92     342 mm.
- Mechanical speed: Max. up to 6 cases per minute, according to the ability of the operator

| | | |
|---|---|---|
| 505050 | Hour counter | 575. |
| xxxxxx | Additional cost to adjust infeed height to 1023 mm | 2,700. |
| 504030 | Upstream connection with machines which cannot accept outfeed product accumulation (i.e. Check-weighers) | 1,350. |

| | | |
|---|---|---|
| xxxxxx | Supply, design and wiring of electrical panels and of the plant on board. All power-on-board power cables will be of the "UL Listed" type (MTW) conforming to NFPA79. All paintings made according to UL508-A | 17,400. |
| xxxxxx | Certification of compliance to UL 508A TUV | 7,800. |
| 5006010 | Packing in case – Ex-works includes additional cost for covering in heat-sealable material (canvas + aluminum + polyethylene).  Note:  To always be considered for transportation via sea-freight | 3,890. |

**TOTAL COST FOR ABOVE:** **$87,715.**
**Excluding shipping, importation and taxes (Where applicable)**

**SHIPPING IMPORTATION:**

**Should you decide to place an order with CAM, and prefer us to act as importer of record on your behalf, we charge 7% of the total amount for importation, duty, handling and delivery to U.S. factory.**

| | | |
|---|---|---|
| xxxxxx | FAT to perform a one hour run with zero jams or shut downs. | **$12,200.** |

**TOTAL COST for RT and SMA80:** **$570,710.**

**OPTIONS:**

| | | |
|---|---|---|
| xxxxxx | Risk assessment | $4,440. |

**TERMS AND CONDITIONS**

The above-mentioned items are subject to final confirmation by Tecnicam, Italy.

**VALIDITY OF QUOTATION:** One month from date of quotation.

**DELIVERY:** 8 - 10 **Months (Excluding August)** after receipt of Purchase Order, Downpayment, Signed Order Acknowledgment, and finalization and agreement of all technical and financial details. Delivery is also contingent upon timely receipt of testing material. Should you decide to place an order with CAM, and prefer us to act as importer of record on your behalf, we charge 7% of the total amount for importation, duty, handling, and delivery to US factory.

**TESTING MATERIAL:** The delivery of testing material used in production must arrive in the required quantities free of charge, duty paid and Ex Manufacturer works at least three (3) months prior to the agreed delivery time.
**PLEASE NOTE: If the required testing material is not available in due time, our Manufacturer reserves the right to establish a new delivery date and to charge relevant cost and possible price increases.**

**PAYMENT VIA WIRE TRANSFER (See Wiring Instructions Below*)**
30% Down payment with Purchase Order and Order Acknowledgment
30% After approval of Engineering drawing (Only Layout drawing will be supplied)
30% After proof of shipment
10% After site acceptance test not to exceed 30 days from delivery of equipment to 3M Cynthiana

Should you decide to place an order with CAM, please make your purchase order out to:
**AMRP HANDELS AG**
Vogesenstrasse 132
Postfach 371
CH-4012 Basel, Switzerland

**\*WIRING INSTRUCTIONS:**
| | |
|---|---|
| **Credit Suisse** | **Acct. No.  109'740-52-9 (U.S. Dollars)** |
| **St. Alban Graben 1-3** | **IBAN No.  CH76 0406 0010 9740 5200 9 (U.S. Dollars)** |
| **P.O. Box** | |
| **CH-4002 Basel** | **Acct. No.  109'740-52-3 (Euros)** |
| **Swift Code:  CRESCHZZ40A** | **IBAN No.  CH44 0406 0010 9740 5200 3 (Euros)** |

**Phone:  +41 061 266 77 11**
**Fax:  +41 061 266 76 90**

**PRICES:** All above mentioned prices are stated in US $ and have been converted from Euro's value, using today's exchange rate, Ex-works Manufacturer's Plant and do not include import duties or any taxes.
**PLEASE NOTE: If an order is placed, any addition, modification, or change may affect the established delivery and/or price.**

To ensure a fixed dollar budget, and to prevent currency fluctuations between Euro's and the US dollar, we recommend that, at the time of purchase, you buy Euro's Futures through your local bank.

**WARRANTY:** The equipment is guaranteed for a period of six (6) months or 1,000 hours, whichever comes first, from the date of delivery to Customer's Works. The Guarantee includes the replacement of all defective parts, including labor; in the above-mentioned period. All parts must be returned to CAM for credit. Exceptions include Electrical and Marketable parts, which carry the original Manufacturer's Warranty.

**TESTING BY THE MANUFACTURER'S WORKS:** The final testing of the equipment will be carried out in the Manufacturer's Works in the presence of your Engineers.

**INSTALLATION:** The total price does not include the costs for installation and commissioning of the machine, as well as instruction of your operating personnel. For installation and commissioning of the machinery, as well as instruction of your operating personnel, we recommend our specialists. The costs will be charged at the rate valid on the date of commissioning. PLEASE NOTE: You the Customer will be responsible for operation of the machine by qualified and instructed personnel. You will also be responsible for providing and connecting all required services (i.e. Electrical Power, Air, Water, etc.).

**PLACE OF SETTLEMENT AND JURISDICTION:** Bologna, Italy for both parties.

**INSURANCE AGAINST DAMAGE IN TRANSIT:** To be arranged and covered by you, the Customer, for entire journey.

**PLEASE NOTE:** This quotation is subject to change upon final confirmation by Italian Factory.

Effective January 1, 2014 the following Service Rates are valid:

**CAM Service Rates**

| Service Description | Rates | |
|---|---|---|
| Business Hours (8am-5pm, Mon thru Fri, with an hour lunch) | $200.00 | per hour |
| Overtime Hours | | |
| • Mon. – Fri. (Before 8 a.m. and After 5 p.m.) | $300.00 | per hour |
| • Saturday (8 a.m. – 5 p.m.) | $300.00 | per hour |
| • Saturday (Before 8 a.m. and After 5 p.m.) | $400.00 | per hour |
| • Sunday (8 a.m. – 5 p.m.) | $400.00 | per hour |
| • Sunday and Holidays (Before 8 a.m. and After 5 p.m.) | $600.00 | per hour |
| Travel Time: | | |
| • Monday – Friday 7 a.m. – 5 p.m. | $145.00 | per hour |
| Travel Overtime: | | |
| • Monday – Friday (Before 7 a.m. and After 5 p.m.) | $200.00 | per hour |
| • Saturday | $200.00 | per hour |
| • Sunday and Holidays | $225.00 | per hour |
| Living Expenses (excluding hotel) (inside the U.S.) | $ 70.00 | per day |
| Living Expenses (Puerto Rico) | $ 75.00 | per day |
| Hotel | | |
| Rental Car / Airfare | | |
| Company Car | $ 1.25 | per mile |

A purchase order is required and may be requested prior to the scheduled service visit.

Some service jobs may require one or more service engineers / technicians based upon the magnitude and time constraints to complete the service or installation. Tecnicam, Inc. reserves the right to make this determination. The above rates and expenses apply to each individual service technician.

In connection with service at the customer's location, our service engineers / technicians will return to Livingston, NJ for weekends and holidays. If the service contract necessitates that our service engineers / technicians remain at the customer's location through a holiday or a weekend, the customer will be responsible for:

- Additional travel costs
- At least five hours per day at weekend / holiday rates per service engineer / technician for each Saturday, Sunday or Holiday they are retained at the customer location
- Hotel and living expenses
- Rental Cars, etc.

**In the event that our service engineers / technicians are at the customer service location, and the customer has not made the necessary provisions for our service to be performed, the customer will be responsible for all waiting time at the applicable rates.**

Service Manager
**Tecnicam, Inc.**
/dra
Revocation of the Sales Contract:

15.1
In the event that the Contract is revoked, either totally or partially, by the buyer due to any reason, the buyer is obligated to provide compensation of a percent of the sales price in accordance with the following schedule:

| Month(s) before delivery: | Machines: | Standard Groups: | Special Groups: |
|---|---|---|---|
| 1 | 40% | 60% | 70% |
| 2 | 35% | 55% | 65% |
| 3 | 30% | 50% | 60% |
| 4 | 25% | 45% | 55% |
| 5 | 20% | 40% | 50% |
| 6 | 15% | 35% | 45% |
| 7 | 10% | 30% | 40% |
| 8 | 10% | 30% | 40% |
| 9 | 10% | 30% | 40% |

15.2  We reserve the right to demand the complete fulfillment of the Contract, in the event that the revocation is not based on force majeure.